UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MICHAEL YAMASHITA,

                         Plaintiff,

    -against-

SKYLUM SOFTWARE USA, INC.

                        Defendant.

------------------------------------------------------------- x

<u>ORDER</u>

20 Civ. 11009 (GBD) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 3 2021

GEORGE B. DANIELS, District Judge:

    The March 25, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Parker for General Pretrial, Settlement, and Dispositive Motions.

Dated: March 23, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE