UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL YAMASHITA,

                 Plaintiff,

-against-

SKYLUM SOFTWARE USA, INC.

                 Defendant.

------------------------------------- x

ORDER

20 Civ. 11009 (GBD) (KHP)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: May 25, 2021
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE